RECEIVED
USDC CLERK, COLUMBIA, SC
2024 JUN 27  AM 11: 44

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| MITITO TWITTY ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs ) | Case No. 0:24-cv-03326-JDA-SVH |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC ) | |
| ) | JURY TRIAL DEMANDED |
| Defendant ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff *Pro Se,* Mitito Twitty, hereby notifies this Honorable Court, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, that Plaintiff *Pro Se,* Mitito Twitty, hereby dismisses all causes of action in his Complaint against Defendant Equifax Information Services, LLC, with prejudice. Defendant Equifax Information Services, LLC has neither filed an Answer to the Complaint nor a

Motion for Summary Judgment as to these claims. Dismissal under Rule 41(a)(i) is therefore appropriate.

Respectfully submitted:

*Mitito Twitty*    Date: 06/25/2024

Mitito Twitty (Pro Se Plaintiff)

315 E Dunlap St

Lancaster, SC 29720

980-313-6764 (telephone)

ybnorml36@gmail.com  (email)

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June 2024, the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** was mailed via USPS Priority Mail to the Clerk of Court.

*Mitito Twitty*
Mitito Twitty (Pro Se Plaintiff)